# RELIEF FROM STAY INFORMATION SHEET
* * SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** Steve Henry Ramos      **CASE NO.** 10-11703-A

**MOVANT:** Wells Fargo Bank, NA      **DC NO.** PD-1

**HEARING DATE/TIME:** June 8, 2010 at 1:30 p.m.

**RELIEF IS SOUGHT AS TO** (✓) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  3916 Countryside Lane, Friant, California 93626

2. Movant's trust deed is a (✓) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is (✓) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____    Movant's valuation of property    $ 300,000.00

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 226,191.51 | $ 2,759.10 | $ <1880.88> | $ 227,069.73 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.
   Bank of the West - 2nd Deed of Trust     $ 96,564.00
   8% Cost of Sale                          $ 24,000.00
                                            $ _____

   TOTAL ALL LIENS      $ 347,633.73
   DEBTOR'S EQUITY      $ <47,633.73>

   **FOR COURT USE ONLY**
   Note date: _____
   Note amount: _____
   Note payment: _____

   **FOR COURT USE ONLY**

6. Monthly payment is $ 1,784.14 , of which $ _____ is for impound account. Monthly late charge is $ _____.
7. The last payment by debtor was received on _____ and was applied to the payment due 12/01/09 .
8. Number of payments past due and amount: (a) Pre-petition  2  $ 3,568.28   (b) Post-petition  2  $ 3,568.28 .
9. Notice of Default was recorded on n/a .  Notice of sale was published on n/a .
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):
    (✓) Cause  (✓) Inadequate protection  (✓) Lack of equity  ( ) Lack of insurance  ( ) Bad faith
    (✓) Other  May and June payment will come due by the time of the hearing .
12. For each ground checked above furnish a brief supporting statement in the space below.
    - Failure to make payments.
    - Lack of equity.